*Mr. W. H. Trippet,* for Relator.

---

No. 1,674.—CLARK ET AL., RESPONDENTS, *v.* GRAND OPERA HOUSE CO. ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County.*

On the application of J. O. Bender.

Decided October 22, 1901.

PER CURIAM.—The application of J. O. Bender to be made a party defendant and appellant herein, and for a stay of proceedings, is denied. (MR. JUSTICE PIGOTT dissents, being inclined to the opinion that, upon the present showing, the application should be granted under proper limitations and restrictions.)

Rehearing denied November 5, 1901.

On the application of A. Eustis.

Decided December 3, 1901.

PER CURIAM.—The application of A. Eustis, petitioner, for leave of court to appear and be heard by counsel in this cause, and for an order permitting him to give an undertaking to stay the enforcement of the judgment appealed from, having heretofore been submitted to, and taken under advisement by, the court: Now, upon due consideration, the court being fully advised in the premises, it is ordered: That the application be,

and the same is, hereby denied, upon the ground that the petitioner does not appear to be a shareholder in appellant Grand Opera House Company, the court deeming it unnecessary to decide the question of whether or not, if he were shown to be a shareholder, the other matters exhibited would entitle the petitioner to the order prayed for, the ground assigned being sufficient for the disposition of the application.

*Mr. Charles O'Donnell,* and *Mr. J. L. Wines,* for Appellants.

*Mr. T. J. Walsh,* for J. O. Bender.